# ELECTRONIC RECORD

592-15

COA # 12-13-00333-CR          OFFENSE: 1

STYLE: Wilbert Walker v. The State of Texas          COUNTY: Houston

COA DISPOSITION:  AFFIRMED          TRIAL COURT: 349th District Court

DATE: 04/30/2015          Publish: YES  TC CASE #:  12CR-115

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Wilbert Walker v. The State of Texas          CCA #:  592-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _09/16/2015_

JUDGE: _Per Curiam_          SIGNED: _____          PC: _____

          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**